UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MATTHEW J. PIEPER,                    )
                                      )
                    Plaintiff,        )
                                      )
         v.                           )    No. 16 C 2235
                                      )
CAROLYN W. COLVIN, Acting             )    Judge Chang
Commissioner of Social Security,      )
                                      )
                    Defendant.        )

**ORDER**

In this Social Security benefits review case, the parties have agreed to a remand, and presented an agreed motion to effectuate it. This Order is a consent judgment directing the remand. In particular:

IT IS ORDERED that Defendant's agreed motion for reversal with remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) is granted. The Commissioner's decision is remanded for further administrative proceedings. On remand, the claim will be sent to an administrative law judge for a new administrative hearing at which plaintiff will be afforded the opportunity to testify, submit additional evidence, and present arguments; and the ALJ will issue a new decision. The ALJ will reevaluate plaintiff's impairments; reevaluate the medical opinion evidence per the checklist of factors set forth in 20 C.F.R. § 404.1527, including the opinions of Drs. Joseph and Mardjetko; and reevaluate plaintiff's residual functional capacity and adequately account for the limitations found. The ALJ will also reassess the plaintiff's mental limitations, giving consideration to Dr.

Rudolph's consultative report. If, in reassessing plaintiff's residual functional capacity, the ALJ finds that a sit/stand option is required, the ALJ will: a) re-determine the frequency with which plaintiff must change positions, and how long he must sustain the new position before changing position again, per the requirements of SSR 96-9p; and b) determine whether, given the combination of the plaintiff's height (due to Marfan's syndrome) and capacity to stoop, he could perform work while standing.

This remand terminates the case. The status hearing of 02/10/2017 is vacated.

ENTERED:

s/Edmond E. Chang
HONORABLE EDMOND E. CHANG
United States District Judge

DATED: December 21, 2016